IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DORIOUS TAYLOR                                                                                    PETITIONER

VS.                                                                      CIVIL ACTION NO. 5:19-cv-145-KS-MTP

WARDEN SHAWN GILLIS                                                                       RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge Michael T. Parker entered herein on June 18, 2020, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being fully advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Petition filed herein be, and the same is, hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   6th   day of  August, 2020.

                                                        s/Keith  Starrett
                                                 UNITED STATES DISTRICT JUDGE